WILSON F. WAKEFIELD, Respondent, *v.* PHILIP B.
GAYNOR et al., Defendants, and EDWARD V. BROPHY
et al., Appellants.

Reported below, 144 App. Div. 905.
(Argued October 2, 1911; decided October 10, 1911.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the second
judicial department, entered May 8, 1911, affirming a
judgment in favor of plaintiff entered upon a decision of
the court on trial at Special Term in a taxpayer's action
to restrain the officials of the village of Portchester from
paying certain moneys.

The motion was made upon the grounds that the

parties appealing were not parties to the action nor interested in the subject-matter thereof.

*Frederick W. Sherman* for motion.

*Clinton T. Taylor* opposed.

Motion denied, with ten dollars costs.